# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| MARK A. KAEPPEL, | ) | |
| Plaintiff | ) | ORDER ON APPLICATION |
| | ) | TO PROCEED WITHOUT |
| v. | ) | PREPAYMENT OF FEES |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| Defendant | ) | Civil Action No. 10-30188-KPN |

Having considered the Plaintiff's application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒ GRANTED.

☒ The clerk is directed to file the complaint.

☒ IT IS FURTHER ORDERED that the clerk issue summons as to Defendant and the United States marshal serve a copy of the complaint, summons and this order upon those defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTERED on September 21, 2010   .

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge